1
2
3
4
5

**IN THE UNITED STATES DISTRICT COURT FOR THE**

6

**EASTERN DISTRICT OF CALIFORNIA**

7

| | | |
|---|---|---|
| **JASSEM TORABI,** | ) | **CIV- F-06-0856 AWI SMS** |
| **Plaintiff**, | ) | **ORDER DISMISSING ACTION** |
| **v.** | ) | (Document #14) |
| **MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,** | ) | |
| **Defendants.** | ) | |

8
9
10
11
12
13
14

        Plaintiff has filed a notice of voluntary dismissal of this action.  Plaintiff filed his motion

15

pursuant to Federal Rule of Civil Procedure 41(a)(1).   Because Defendants had filed an answer,

16

the court inquired whether Defendants were willing to stipulate to dismiss this action.   On

17

February 26, 2007, Defendants filed a response and state that they stipulate to the dismissal of

18

this action.

19

        Rule 41(a)(1), in relevant part, reads:

20

    an action may be dismissed by the plaintiff without order of court (i) by filing a
    notice of dismissal at any time before service by the adverse party of an answer or

21

    of a motion for summary judgment, whichever first occurs, or (ii) by filing a
    stipulation of dismissal signed by all parties who have appeared in the action.

22

    Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is
    without prejudice, except that a notice of dismissal operates as an adjudication

23

    upon the merits when filed by a plaintiff who has once dismissed in any court of
    the United States or of any state an action based on or including the same claim.

24
25

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

26

answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

27

although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan</u>

28

1  Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

2  1986).   Because a stipulation for dismissal has been filed and signed by all parties who have

3  made an appearance, as required by Rule 41(a)(1)(ii), this action has terminated.

4        Therefore, IT IS HEREBY ORDERED that the complaint is DISMISSED and Clerk of

5  the Court is DIRECTED to close this file.

6

7  IT IS SO ORDERED.

8  **Dated:    February 28, 2007**                    **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          2